No. 660. Smith, Trustee in Bankruptcy v. Merritt, Referee in Bankruptcy. C. A. 5th Cir. Motion to dispense with printing petition granted. Certiorari denied.

No. 678. Hohensee v. Scientific Living, Inc. C. A. 4th Cir. Motion to dispense with printing petition granted. Certiorari denied.

No. 671. Conoco Plastics, Inc. v. Carr et al. C. A. 5th Cir. Motion to dispense with printing respondents' brief granted. Certiorari denied.

No. 674. United States v. Garrett Corp. Ct. Cl. Certiorari denied. Mr. Justice Black, Mr. Justice Douglas, and Mr. Justice Blackmun are of the opinion that certiorari should be granted.

No. 677. United States v. Palmer et al. Ct. Cl. Certiorari denied. Mr. Justice Black, Mr. Justice Douglas, and Mr. Justice Blackmun are of the opinion that certiorari should be granted.

No. 676. Dudley v. United States. C. A. 5th Cir. Certiorari denied. Mr. Justice Douglas is of the opinion that certiorari should be granted.

No. 5185. Sanders v. South Carolina et al. C. A. 4th Cir. Certiorari denied. Mr. Justice Douglas is of the opinion that certiorari should be granted.

No. 5388. Hooker et al. v. Brookhaven Housing Authority. Sup. Ct. Miss. Certiorari denied. Mr. Justice Douglas is of the opinion that certiorari should be granted.